Case 5:13-cr-50072-TLB   Document 81   Filed 08/31/15   Page 1 of 1 PageID #: 563

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America )<br>v. )<br>JOSE RICARDO RIVERA-NAVAS )<br>)<br>Date of Original Judgment: 01/29/2014 )<br>Date of Previous Amended Judgment: )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 5:13CR50072-002<br>USM No: 11701-010<br><br>Bruce D. Eddy<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   260   months **is reduced to**   208 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/29/2014   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/31/2015                              /s/ P. K. Holmes, III
                                                            *Judge's signature*

Effective Date:   11/01/2015              Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                         *Printed name and title*