Case 5:13-cr-50072-TLB   Document 81   Filed 08/31/15   Page 1 of 1 PageID #: 563

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America )
v. )
)
JOSE RICARDO RIVERA-NAVAS ) Case No: 5:13CR50072-002
) USM No: 11701-010
Date of Original Judgment: 01/29/2014 )
Date of Previous Amended Judgment: ) Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 260 months **is reduced to** 208 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/29/2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/31/2015                                       /s/ P. K. Holmes, III
                                                                          *Judge's signature*

Effective Date: 11/01/2015                         Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                                *Printed name and title*